UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAUL SAPEU,

         Plaintiff,

v.                          604CV129

JIMMY BLAND, ROBERT VILLEGAS, DR.
ZELLNER YOUNG, DAWN SMITH, ERIC
SMOKES, and DANE DASHER,

         Defendants.

## ORDER

42 U.S.C. § 1983 inmate-plaintiff Paul Sapeu's "Motion to Remind the Court of Motions and Matters that Remain Unresolved" (doc. # 98) is **DENIED**. The two pending motions that he enumerates in fact have been resolved. *See* doc. ## 95, 96. *If* true, the Court is distressed to learn that the State has charged Sapeu for copies of his medical records but then refused to turn them over. *See* doc. # 98 at 2 (he claims that he paid "defendants" and their counsel $10 for these items but they have since refused to provide him with same, deeming such records "irrelevant"). That matter, however, is not before this Court (*i.e.*, Sapeu has not raised an Access to Court claim and sought relief on that score).

Sapeu's motion for "a trial calendar" (doc. # 99) also is **DENIED**. It is sufficient for plaintiff to know that his trial has been set down for 9/18/07. He does not need to know which trials may or may not proceed ahead of his; he simply needs to be ready to try his case on 9/18/07, as the Court has indicated. Doc. # 93.

Finally, plaintiff's motion *in limine* (doc. # 97) is conditionally **GRANTED**. Sapeu complains that in discovery he sought from defendants a "Disciplinary Data Display" document but the defendants made only a partial production. Doc. # 97 at 2-3. In that this is a medical care case (he alleges that defendants have failed to provide constitutionally adequate medical treatment), he moves the Court to exclude any portion of that document not previously produced to him. Should he be able, at trial, to furnish evidence that he discovery-requested these pages *and* they are discoverable but the defendants had no good cause for withholding them, the Court will honor plaintiff's motion to exclude them.

This 27 day of August, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 AUG 27 PM 1: 37
CLERK
SO. DIST. OF GA.